UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEVIN RICHMOND TERMINAL CORPORATION, ET AL.,**<br><br>　　Plaintiffs,<br><br>vs.<br><br>**CITY OF RICHMOND, ET AL.,**<br><br>　　Defendants,<br><br>**WOLVERINE FUELS SALES, LLC,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**CITY OF RICHMOND, ET AL.,**<br><br>　　Defendants,<br><br>**PHILLIPS 66 COMPANY,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**CITY OF RICHMOND, ET AL.,**<br><br>　　Defendants. | CASE NOS. 20-cv-01609-YGR<br>　　　　　　20-cv-01614-YGR<br>　　　　　　20-cv-01643-YGR<br><br>**ORDER SETTING COMPLIANCE DEADLINE** |

　　　　The Court is in receipt of the parties' seventh stipulation to continue the briefing and hearing on the motion to dismiss Utah's complaint in intervention, advising that plaintiffs and the State of Utah have entered into a settlement agreement that is subject to the City's adoption of a proposed amendment to Ordinance No.05-20 N.S., its ordinance prohibiting the storage and handling of coal and petroleum coke. The parties further advise that the City's action on the proposed amendment will require at least three public hearings scheduled and noticed pursuant to state law and that the City intends to consider and complete action on the proposed amendment no later than February 28, 2022. In light of the foregoing, the Court hereby **VACATES** all currently set dates. The Court further **SETS** a compliance deadline to **9:01 a.m.** on **March 18, 2022**. Five (5)

**business days** prior to the date of the compliance deadline, the parties shall file a joint statement regarding the status of the proposed amendment. If compliance is complete, the compliance deadline will be taken off calendar.

This Order terminates Docket Number 98 in Case No. 20-cv-1609; Docket Number 100 in Case No. 20-cv-1614; and Docket Number 95 in Case No. 20-cv-1643.

IT IS SO ORDERED.

Dated: December 1, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE