1  R. CHRISTOPHER LOCKE (State Bar No. 101704)
     Email: clocke@fbm.com
2  SARAH P. BELL (State Bar No. 227082)
     Email: sbell@fbm.com
3  LINDA T. SOBCZYNSKI (State Bar No. 307107)
     Email: lsobczynski@fbm.com
4  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for LEVIN RICHMOND TERMINAL
   CORPORATION, RICHMOND PACIFIC
8  RAILROAD CORPORATION, AND LEVIN
   ENTERPRISES, INC.
9
   (OTHER PARTIES/COUNSEL LISTED
10 ON SIGNATURE PAGES)

11                    UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

| | |
|---|---|
| 14  LEVIN RICHMOND TERMINAL CORPORATION, RICHMOND PACIFIC 15  RAILROAD CORPORATION, and LEVIN ENTERPRISES, INC., 16              Plaintiffs, 17      vs. 18  CITY OF RICHMOND, CITY COUNCIL OF THE CITY OF RICHMOND, and DOES 1 to 19  100, inclusive, 20              Defendants. 21      and 22  SIERRA CLUB and SAN FRANCISCO 23  BAYKEEPER, 24              Defendant-Intervenors. 25  WOLVERINE FUELS SALES, LLC 26              Plaintiff, 27      and 28  STATE OF UTAH, | Case No. 4:20-cv-01609-YGR (Related to Case No. 4:20-cv-01614-YGR and Case No. 4:20-cv-01643-YGR) **JOINT NOTICE OF MOTION AND MOTION FOR CONTINUING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT; MEMORANDUM OF POINTS AND AUTHORITIES** Hon. Yvonne Gonzalez Rogers Date:  March 22, 2022 Time:  2:00 p.m. Place:  Courtroom 1, Fourth Floor           1301 Clay Street, Oakland, CA |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF MOTION AND MOTION FOR
CONTINUING JURISDICTION - No. 4:20-cv-01609-
YGR, No. 4:20-cv-01614-YGR, No. 4:20-cv-01643-YGR

36087\14482545.1

|   |
|---|
| Plaintiff-Intervenor, |
| v. |
| CITY OF RICHMOND, CITY COUNCIL OF THE CITY OF RICHMOND, and DOES 1 to 100, inclusive, |
| Defendants, |
| and |
| SIERRA CLUB and SAN FRANCISCO BAYKEEPER, |
| Defendant-Intervenors, |
| PHILLIPS 66 COMPANY, |
| Plaintiff, |
| and |
| STATE OF UTAH, |
| Plaintiff-Intervenor, |
| v. |
| CITY OF RICHMOND, CITY COUNCIL OF THE CITY OF RICHMOND, and DOES 1 to 100, inclusive, |
| Defendants, |
| and |
| SIERRA CLUB and SAN FRANCISCO BAYKEEPER, |
| Defendant-Intervenors. |

PLEASE TAKE NOTICE THAT, on March 22, 2022, at 2:00 p.m. in Courtroom 1 of the United States District Court, 1301 Clay Street, Oakland, California, the Honorable Yvonne Gonzalez Rogers presiding, the City of Richmond, California, and the City Council of the City of Richmond (collectively, the "City"); Levin Richmond Terminal Corporation, Richmond Pacific Railroad Corporation, and Levin Enterprises, Inc. (collectively, "Levin"); Wolverine Fuels Sales, LLC ("Wolverine"); Phillips 66 Company ("Phillips 66"); and the State of Utah ("Utah"), will and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF MOTION AND MOTION FOR CONTINUING JURISDICTION - No. 4:20-cv-01609-YGR, No. 4:20-cv-01614-YGR, No. 4:20-cv-01643-YGR

2

36087\14482545.1

hereby do jointly move the Court to maintain continuing jurisdiction to enforce the parties' Settlement Agreement.

This joint motion is based on this Notice of Motion and Memorandum of Points and Authorities, the parties' Settlement Agreement, attached as Exhibit A to the Declaration of R. Christopher Locke filed herewith, and such additional matters as may be presented to the Court in connection with this joint motion.  A proposed Order is submitted herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

### A.   Statement of Facts

As the Court is aware from the parties' November 19, 2021 Stipulation,[1] the City, Levin, Wolverine, Phillips 66 and Utah reached a settlement on November 12, 2021, subject to the City Council's adoption of a proposed amendment ("Proposed Amendment") to the Ordinance at issue in this litigation.  A copy of the Settlement Agreement ("Settlement Agreement") is attached as Exhibit A to the Declaration of R. Christopher Locke ("Locke Decl."), filed herewith.

The Proposed Amendment extends the amortization period for continued coal and petroleum coke operations at Levin's Richmond Terminal from March 5, 2023 to December 31, 2026, to allow additional time for Levin to transition to other commodities.  Locke Decl., Ex. A at Sections A and B.  On December 2, 2021, the City's Planning Commission adopted Resolution 21-23, recommending that the City Council adopt the Proposed Amendment.  A copy of Resolution 21-23 is attached as Exhibit B to the Locke Decl., filed herewith.

Under the terms of the Settlement Agreement, if the City Council approves the Proposed Amendment at a first and second reading by February 28, 2022, Levin will implement additional dust control measures for coal and petcoke operations at the Terminal; Wolverine will apply an additional binding agent to coal in rail car shipments to the Terminal; and Phillips 66 will continue to apply a binding agent and tarp petcoke shipped in trucks to the Terminal.  Locke Decl., Ex. A at Sections A.2 and C.1-C.4.  Additionally, if the City approves the Proposed Amendment and there is no third-party challenge to such approval, Levin, Wolverine, Phillips 66 and Utah will dismiss

---

[1] *See* ECF No. 98 in Case No. 20-cv-1609; ECF No. 100 in Case No. 20-cv-1614; and ECF No. 95 in Case No. 20-cv-1643.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF MOTION AND MOTION FOR CONTINUING JURISDICTION - No. 4:20-cv-01609-YGR, No. 4:20-cv-01614-YGR, No. 4:20-cv-01643-YGR

3

36087\14482545.1

the pending litigation, with prejudice, within thirty (30) days following the expiration of the limitations period for such third-party challenge. Locke Decl., Ex. A at Sections D and E.

If the City Council does not approve the Proposed Amendment by February 28, 2022, or if the City Council disapproves or modifies the Proposed Amendment, the Settlement Agreement will terminate and be null and void. Locke Decl., Ex. A, Section A.2. If the City approves the Proposed Amendment but later modifies the Proposed Amendment or the Ordinance prior to December 31, 2026 in a manner that shortens the duration of the amortization period or imposes additional restrictions on coal and petcoke storage and handling at the Terminal, Levin, Wolverine and/or Phillips 66 may elect to terminate the Settlement Agreement and proceed with the existing litigation (if it has not been dismissed) or initiate new litigation challenging such action by the City. Locke Decl., Ex. A at Section C.5.

The Settlement Agreement provides that the City, Levin, Wolverine, Phillips 66 and Utah will jointly request, within 30 days of the effective date of the Settlement Agreement, that this Court maintain continuing jurisdiction over the federal litigation relating to the Ordinance and matters relating to the Settlement Agreement, to and including March 31, 2027, to enforce the Ordinance as modified by the Proposed Amendment and the rights and obligations of the parties to the Settlement Agreement. Locke Decl., Ex. A, Section H. The motion is proposed for hearing on March 22, 2022, after the deadline for the City Council's action on the Proposed Amendment, consistent with this Court's December 1, 2021 Order Setting Compliance Deadline.[2]

### B. The Court has Discretion to Grant Continuing Jurisdiction

The City, Levin, Wolverine, Phillips 66 and Utah, parties to the Settlement Agreement, have mutually agreed that continuing jurisdiction is appropriate following dismissal of the pending litigation. In such circumstances, the Court has discretion to maintain continuing jurisdiction to enforce the Ordinance as modified by the Proposed Amendment and the rights and obligations of the parties to the Settlement Agreement. As the Supreme Court stated in *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994):

---

[2] ECF No. 99 in Case No. 20-cv-1609; ECF No. 101 in Case No. 20-cv-1614; and ECF No. 96 in Case No. 20-cv-1643.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF MOTION AND MOTION FOR CONTINUING JURISDICTION - No. 4:20-cv-01609-YGR, No. 4:20-cv-01614-YGR, No. 4:20-cv-01643-YGR

4

36087\14482545.1

> If the parties *wish* to provide for the court's enforcement of a dismissal-producing settlement agreement, they can seek to do so. When the dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(2), which specifies that the action "shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper," the parties' compliance with the terms of the settlement contract (or the court's "retention of jurisdiction" over the settlement contract) may, in the court's discretion, be one of the terms set forth in the order. Even when, as occurred here, the dismissal is pursuant to Rule 41(a)(1)(ii) (which does not by its terms empower a district court to attach conditions to the parties' stipulation of dismissal) we think the court is authorized to embody the settlement contract in its dismissal order or, what has the same effect, retain jurisdiction over the settlement contract) if the parties agree.

Accordingly, if the City approves the Proposed Amendment and there is no third-party challenge to such approval, Levin, Wolverine, Phillips 66 and Utah, with the concurrence of the City, will seek an order dismissing the pending litigation, with prejudice, within thirty (30) days following the expiration of the limitations period for such third-party challenge, and providing for continuing jurisdiction of the Court. This motion seeks an earlier hearing by the Court, following the deadline for the City Council's action on the Proposed Amendment, to confirm the Court's acceptance of this approach and to address any questions by the Court.

## CONCLUSION

For the foregoing reasons, the parties' joint motion for continuing jurisdiction to enforce the Ordinance as modified by the Proposed Amendment, and the rights and obligations of the parties to the Settlement Agreement, should be granted.

Respectfully submitted,

Dated: December 13, 2021       FARELLA BRAUN + MARTEL LLP

By:      */s/ R. Christopher Locke*
         R. Christopher Locke
         Sarah P. Bell
         Linda T. Sobczynski

Attorneys for Plaintiffs LEVIN RICHMOND TERMINAL CORPORATION, RICHMOND PACIFIC RAILROAD CORPORATION, AND LEVIN ENTERPRISES, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF MOTION AND MOTION FOR CONTINUING JURISDICTION - No. 4:20-cv-01609-YGR, No. 4:20-cv-01614-YGR, No. 4:20-cv-01643-YGR

5

36087\14482545.1

| | | |
|---|---|---|
| 1 | Dated: December 13, 2021 | SHUTE, MIHALY & WEINBERGER LLP |
| 2 | | |
| 3 | | By:   */s/ Robert S. Perlmutter* |
| 4 | | Robert S. Perlmutter<br>Ellison Folk |
| 5 | | Edward T. Schexnayder |
| 6 | | Attorneys for Defendants CITY OF RICHMOND and CITY COUNCIL OF THE CITY OF RICHMOND |
| 7 | Dated: December 13, 2021 | BARG COFFIN LEWIS & TRAPP LLP |
| 8 | | |
| 9 | | By:   */s/ John F. Barg* |
| 10 | | John F. Barg<br>Julia G. Mata |
| 11 | | Attorneys for Plaintiff |
| 12 | | WOLVERINE FUELS SALES, LLC |
| 13 | Dated: December 13, 2021 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 14 | | |
| 15 | | By:   */s/ Ronald E. Van Buskirk* |
| 16 | | Ronald E. Van Buskirk<br>Margaret Rosegay |
| 17 | | Stacey C. Wright |
| 18 | | Attorneys for Plaintiff PHILLIPS 66 COMPANY |
| 19 | Dated: December 13, 2021 | STATE OF UTAH |
| 20 | | |
| 21 | | By:   */s/ Anthony L. Rampton* |
| 22 | | Anthony L. Rampton<br>Kathy A.F. Davis |
| 23 | | Sean D. Reyes |
| 24 | | Assistant Attorneys for Plaintiff-Intervenor<br>STATE OF UTAH |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF MOTION AND MOTION FOR CONTINUING JURISDICTION - No. 4:20-cv-01609-YGR, No. 4:20-cv-01614-YGR, No. 4:20-cv-01643-YGR

6

36087\14482545.1